UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X

Manuel Perez CC# 17005169
Full name of plaintiff/prisoner ID#

　　　　　　　　　Plaintiff,

-against-

Correctional Officer Mcann Badge#
and other unidentified officers at Nassau County Correctional Center
100 Carman Ave East Meadow N.Y. 11554

Enter full names of defendants
(Make sure those listed above are
identical to those listed in Part III.)

　　　　　　　　　Defendants.
---------------------------------X

RECEIVED
OCT 16 2017
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

JURY TRIAL DEMAND    OCT 16 2017 ★
YES ✓  NO ____
　　　　　　　　　LONG ISLAND OFFICE

CV17 6051

BIANCO, J.

LINDSAY, M.J.

I. Previous Lawsuits:

　A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

　B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

　　1. Parties to this previous lawsuit:

　　　　Plaintiffs: _____
　　　　　　　　　　_____

　　　　Defendants: _____
　　　　　　　　　　　_____

　　2. Court (if federal court, name the district; if state court, name the county) _____

　　3. Docket Number: _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 16 2017 ★
LONG ISLAND OFFICE

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: Nassau County Correctional Center
100 Carman Ave East Meadow N.Y. 11554

  A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

  B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

  C. If your answer is YES,

      1. What steps did you take? _____

      2. What was the result? _____

  D. If your answer is NO, explain why not I was explained by several other officers that by informing superior officers like a Sargeant on duty that day August 4th 2017 (He took pictures) and Luitenant "Miller" from Internal Affairs (she took pictures and A recorded statement)

  E. If there is no prison grievance procedure in the institution, did you complain and my medical Records to prison authorities? Yes (✓) No ( )

  F. If your answer is YES,

      1. What steps did you take? I talked to a Sargeant on duty, that day At the clinic and a Corporal and Luitenant "Miller" from Internal Affairs at the Nassau Hospital

      2. What was the result? Both the Sargeant and the Corporal and Luitenant from Internal Affairs took pictures of my wounds. Internal Affairs had me sign off my medical records to them and they recorded an oral statement from me, of the occurred incident.

2

address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Manuel Perez  CC# 17005169

Address  100 Carman Ave East meadow N.Y. 11554

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1
Officer Mcann Badge #
100 Carman Ave.
East meadow N.Y. 11554

Defendant No. 2
Other un-identified officers at Jhon Doe #2
Nassau County Correctional Center
100 Carman Ave East meadow N.Y. 11554

Defendant No. 3
Jhon Doe #3
Nassau County Correctional Center
100 Carman Ave East meadow N.Y. 11554

Defendant No. 4
Jhon Doe #4
Nassau County Correctional Center
100 Carman Ave East meadow N.Y. 11554

Defendant No. 5
Jhon Doe #5
Nassau County Correctional Center
100 Carman Ave. East meadow N.Y. 11554

(Make sure that the defendants listed above are identical to those listed in the caption on page 1).

3

(State briefly and concisely, the facts of your case. Include the date(s) of the events as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On or About August 4th 2017 around 1:50 pm or 2:50 pm I was told that my visit was over. Their was one more person recieving a visit besides myself that saw what happened to me. Inmate Cesar Rodriguez cc# 16007620. He's willing to testify on my behalf and be my witness.

The officers at the visiting area including officer Mcann Badge # ___ was already mad at me because I took an extra minute or two to terminate my visit. Inside the frisk room an unidentified officer asked me for my I.D. and said that all my visits were done from now on. I asked him what I do wrong. He answered "You Know". Then while I was on my underwear and socks no shirt no pants I asked him (Non Hostile and I wasn't beligerant at any moment) why are you being an a--hole to me. Officer (unidentified and Mcann) said I was Done. I was sprayed, Handcuffed, Shackled, Beaten for 15 long minutes (about) They broke my teeth and severly hurt my spine with a medal object They kept stomping in the back of my Head with their Steel Boots till they broke my tooth. (see Attachment)

IV.A. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

They broke one of my teeth (front right tooth) to the core. My spine Has a bump or two due to a medal object, they hit me with several times. I have severe Back Pain, Headaches. I feel dizzy at times. Have bad nightmares from the beating almost every night. I wake-up every two hours at night (Loss-of-sleep) I can barely sleep. I Lost power in my vision due to the spraying They sprayed me twice. I've gotten treated for my injuries only once, on August 4th 2017 that's it. They try to tell me their's nothing else they can do. They've given me Neproxen (anti-inflamatory) medicine for my back. And Ibuprofen for my tooth pain. My tooth cap came off 10 days after they put it on in the hospital. And the dentist here told me to get it done on the outside (It's called a Bonding).

Attachment Continuation

"While they were beating me, one officer, I believe it to be Officer McCann's voice (because I seen him later working on the tier or floor I was located B2A. I immediately recognized him as one of the officers that beat me and his badge name read (His shirt read) "McCann" or "Mcann". Tall blond man - young. And I also remembered (recognized) his distinct voice). He said "You like touching little girls you prick". I tried to tell him "I'm not here for that". But he continue to beat me up with other officers even after they sat me in a wheelchair. I was trembling and crying, bleeding and severly hurt. They brook my tooth. And severly injured my back. It was also sprain. I have a bump on my spain. I have bad nightmares every night. I also get severe headaches. I haven't been the same since the incident (the beating). I jump all the time, and I have low self-esteem now because of my tooth and lip. I also have a fat lip because of the stomping on my head from the officers. I'm seeking Justice. And a grand total of one million five hundred thousand dollars and zero cents. ($1500000.00).

Sincerely,

Manuel Perez
CC# 17005169

my home adress is 9106 Second Ave Apt# 9106
Brentwood N.Y. 11717

I'm currently incarcerated at Nassau Correctional Center
100 Carman Ave
East Meadow N.Y. 11554

State what relief you are seeking if you prevail on your complaint.

I'm seeking compensation in the amount of 1.5 million dollars for gang assault from officers towards myself

I'm seeking $1,500,000.00 in Compansation

I declare under penalty of perjury that on __9/28/2017__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __15th__ day of __September__, 20__17__. I declare under penalty of perjury that the foregoing is true and correct.

CARMINE PULGRANO
Notary Public, State of New York
No. 01PU6094168
Qualified in Nassau County
Commission Expires June 16, 20 __19__

Cam Pu

Signature of Plaintiff

Nassau County Correctional Facility
Name of Prison Facility

100 Carman Ave
East Meadow, NY 11554
Address

CC# 17005169    ICN# 10080230
Prisoner ID#     NCJ# 1502109

5